# IN THE SUPREME COURT OF THE STATE OF NEVADA

WALMART, INC., A FOREIGN
CORPORATION,
                  Appellant,

vs.

MARGARET ANNE RUCKER, AN
INDIVIDUAL,
                  Respondent.

No. 83226

**FILED**

OCT 12 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Nadia Krall, District Judge
       Janet Trost, Settlement Judge
       McDonald Carano LLP/Reno
       McDonald Carano LLP/Las Vegas
       Bighorn Law/Las Vegas
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

21-29240